

_____
ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re * | | |
| STALIN, LLC * | Case No.: | 11-15610 |
| * | Chapter | 11 |
| Debtor. * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF MARVIN I. SINGER, ESQUIRE AND THE LAW OFFICES OF MARVIN I. SINGER AS SPECIAL COUNSEL TO THE DEBTOR IN POSSESSION**

UPON CONSIDERATION of the Application for Entry of an Order Authorizing the Retention and Employment of the Law Offices of Marvin I. Singer and Marvin I. Singer, Esquire as Special Counsel to the Debtor in Possession (the "Application") filed by DIP through Counsel, and any response thereto/there being no response thereto, and it appearing that such employment is in the best interests of the creditors and the Estate, and that such counsel represents no interests adverse to the Estate, it is, by the United States Bankruptcy Court for the District of Maryland hereby

**ORDERED**, that the Debtor in Possession be authorized to employ Marvin I. Singer, Esquire and the Law Offices of Marvin I. Singer as Special Counsel to the Debtor in Possession and to perform such

professional and para-professional legal services as are necessary or desirable for the administration of a cause of action for breach of lease, effectuation of new lease or the negotiation for the sale of the DIP's business asset held by the Estate, and it is further

      **ORDERED,** that the allowance and payment of fees and expenses shall be as described in the Application, subject to approval of this Court.

IT IS SO ORDERED.


cc:

Debtor in Possession
Ronald A. Wray, Esquire-Counsel for DIP
United States Trustee

                                 **END OF ORDER**